

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2025

No. 04-24-00842-CV

**IN THE INTEREST OF B.M.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI18641
Honorable Laura Salinas, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
           Irene Rios, Justice
           Lori I. Valenzuela, Justice

In accordance with this court's opinion of this date, appellant's "Motion to Accept Crucial Documents" is DENIED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant because he qualifies as indigent. *See* TEX. R. APP. P. 20.

It is so **ORDERED** on April 23, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court